UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TUCKER,

                Plaintiff,

-against-

PICK FIVE IMPORTS, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/20/2022

22-cv-08918 (ALC)

**Order**

**ANDREW L. CARTER, United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated:    **December 20, 2022**
             **New York, New York**

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**